## ORDER

PER CURIAM:

In this action pursuant to § 211.031, RSMo, Appellant S.W. (Mother) appeals from the Findings, Recommendation and Judgment entered by the circuit court on May 14, 2008, as well as Nunc Pro Tunc Findings, Recommendations and Judgment entered on May 28, 2008. Appellant argues that the circuit court erred in ordering that she would in the future only be permitted supervised visitation with her child, and in finding that the Division of Family Services had exercised reasonable efforts pursuant to § 211.183, RSMo. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

Shaun J. Mackelprang and Jamie P. Rasmussen, Jefferson City, MO, for respondent.

Before JOSEPH P. DANDURAND, P.J.,[1] HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM:

Leroy Eaton appeals his conviction for driving while intoxicated and sentence as a chronic offender.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Leroy H. EATON, Appellant.**

**No. WD 68410.**

Missouri Court of Appeals, Western District.

March 31, 2009.

Edward A. Williams, Kansas City, MO, for appellant.

■

**Beverly WASHINGTON, Appellant,**

v.

**DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, Division of Employment Security, Respondents.**

**No. WD 69068.**

Missouri Court of Appeals, Western District.

March 31, 2009.

1. Judge Dandurand participated in the case at the time of submission, but was no longer a member of the court at the time of handdown.